IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 11 CR 742 |
| v. | ) | |
| | ) | Judge Charles P. Kocoras |
| GILBERT SPILLER | ) | |

**NOTICE OF APPEAL**

    Notice is hereby given that the Defendant in the above named case, GILBERT SPILLER, by the Federal Defender Program and his attorney, CAROL A. BROOK, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment imposed on February 27, 2013, and entered on the docket on the same.

    Dated this 1st day of March, 2013, at Chicago, Illinois.

Respectfully submitted,

*/s/ Carol A. Brook*
FEDERAL DEFENDER PROGRAM
Carol A. Brook
Executive Director

CAROL A. BROOK
Federal Defender Program
55 E. Monroe Street
Suite 2800
Chicago, IL 60603
312/621-8300

## CERTIFICATE OF SERVICE

The undersigned, Carol A. Brook, an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CRIM. P. 49, FED. R. CIV. P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

## NOTICE OF APPEAL

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on March 1, 2013, to counsel/parties that are non-ECF filers.

/s/ Carol A. Brook
FEDERAL DEFENDER PROGRAM
Carol A. Brook
Executive Director

CAROL A. BROOK
Federal Defender Program
55 E. Monroe St., Suite 2800
Chicago, IL   60603
(312) 621-8300