IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 11 CR 742 |
| v. | ) | |
| | ) | Judge Charles P. Kocoras |
| GILBERT SPILLER | | |

## DOCKETING STATEMENT

This is a direct appeal from a criminal conviction in federal district court. The criminal prosecution was brought pursuant to Title 21, United States Code, Section 841(a)(1); and Title 18, United States Code, Section 922(d)(1). The district court had jurisdiction pursuant to 18 U.S.C. § 3231. The Court of Appeals for the Seventh Circuit has jurisdiction pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742(a).

The judgment in this case was entered on the docket on February 27, 2013. Mr. Spiller filed his timely Notice of Appeal on March1, 2013.

Respectfully submitted,

*/s/ Carol A. Brook*
FEDERAL DEFENDER PROGRAM
Carol A. Brook
Executive Director

CAROL A. BROOK
Federal Defender Program
Room 2800
55 E. Monroe Street
Chicago, IL 60603
312/621-8300

## CERTIFICATE OF SERVICE

The undersigned, <u>Carol A. Brook</u>, an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CRIM. P. 49, FED. R. CIV. P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

## DOCKETING STATEMENT

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on <u>March 1, 2013</u>, to counsel/parties that are non-ECF filers.

<u>/s/ Carol A. Brook</u>
FEDERAL DEFENDER PROGRAM
Carol A. Brook
Executive Director

CAROL A. BROOK
Federal Defender Program
55 E. Monroe St., Suite 2800
Chicago, IL 60603
(312) 621-8300